1

2

3          **IN THE UNITED STATES DISTRICT COURT FOR THE**

4                    **EASTERN DISTRICT OF CALIFORNIA**

5

6     **KIM-C1, LLC,**                         )        **1:10-cv-591  AWI DLB**
                                               )
7                         **Petitioner**,       )        **ORDER RESETTING**
            **v.**                              )        **HEARING ON MOTION TO**
8                                               )        **CONFIRM ARBITRATION TO**
      **VALENT BIOSCIENCES**                   )        **JUNE 21, 2010**
9     **CORPORATION**,                          )
                                               )
10                      **Respondent.**          )
      _____      )

11

12

13          Currently set for hearing and decision on June 7, 2010, are Petitioner's motion to confirm

14   arbitration award and Respondent's motion to dismiss.  Respondent has requested that

15   Petitioner's motion to confirm arbitration award be moved to June 28, 2010.   Petitioner opposes

16   the request.  Considering the Court's impacted civil calendar for June 7, 2010, and the issues

17   raised by the motions, the Court believes it advisable to grant Respondent's request.

18

19          Therefore, IT IS HEREBY ORDERED that:

20   1.    Respondent's application to move the hearing on Petitioner's motion to confirm

21         arbitration award is GRANTED;

22   2.    The hearing on Petitioner's motion to confirm arbitration award is MOVED to June 28,

23         2010, at 1:30 p.m. in Courtroom 2; and

24   3.    The hearing on Respondent's motion to dismiss is UNCHANGED and will remain set for

25         June 7, 2010.

26   IT IS SO ORDERED.

27   **Dated:    May 18, 2010**              _____
                                             **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE
28