Kurt F. Vote, # 160496  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:     (559) 433-1300  
Facsimile:      (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Petitioner  
KIM-C1, LLC, a California  
limited liability company  

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| KIM-C1, LLC, a California limited liability company,<br><br>    Petitioner,<br><br>v.<br><br>VALENT BIOSCIENCES CORPORATION, INC., an Illinois corporation,<br><br>    Respondent. | Case No.  1:10-CV-591-AWI DLB<br><br>**AMENDED** PETITION TO CONFIRM ARBITRATION AWARD (9 USC § 9)<br><br>Hearing:<br><br>Date: July 12, 2010<br>Time: 1:30 p.m.<br>Ctrm: 2 (Chief Judge Ishii) |

  The **amended** petition of Petitioner KIM-C1, LLC, a California limited liability company ("Petitioner") shows:

<u>Jurisdictional Allegations</u>

  1. Petitioner is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in Fresno, California. **The members of Petitioner are individuals and a corporation.  The individuals are all citizens of, domiciled in, and residents of the State of California.  The corporation is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business in Marietta, Georgia.  The corporation is a citizen of the State of Georgia.  Neither**

McCormick, Barstow,  
Sheppard, Wayte &  
Carruth LLP  
5 River Park Place East  
Fresno, CA 93720-1501

*** **AMENDED** PETITION TO CONFIRM ARBITRATION AWARD ***

**the corporation, nor the individual members of Petitioner, are residents or citizens of the State of Illinois.** Respondent VALENT BIOSCIENCES CORPORATION, INC., an Illinois corporation ("Respondent") is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Libertyville, Illinois.

2. There is complete diversity of citizenship between the parties and more than $75,000.00, exclusive of interest and costs, is at stake in this controversy; therefore, this Court has jurisdiction of this matter pursuant to the provisions of 28 USC § 1332(a)(1).

3. Venue is proper within the Eastern District of California, Fresno Division pursuant to the provisions of 28 USC § 1391(a)(2), because "a substantial part of the events or omissions" on which the underlying claim is based occurred in Fresno, California.

<u>Finality of Arbitration Award</u>

4. On July 9, 1999, Petitioner and Respondent's predecessor in interest, Abbott Laboratories, Inc. entered into a Revised Commercial License, Development, and Supply Agreement, a true and correct copy of which is attached hereto as Exhibit "A" (the "Agreement") concerning a certain plant growth regulating chemical. Respondent later succeeded to the rights and obligations of its predecessor under the Agreement. The first and second amendments to the Agreement, which are executed by Respondent are also attached to Exhibit "A".

5. The Agreement provided, at Paragraph 21.4 and Exhibit 5.0, that all controversies between the parties arising out of or related to the Agreement would be submitted to binding arbitration. The Agreement further provides, at Exhibit 5.0, paragraph 9:

> The rulings of the neutral [arbitrator] and the allocation of fees and expenses shall be binding, non-reviewable, and non-appealable and may be entered as a final judgment in any court having jurisdiction.

6. Under this provision in the Agreement, the Court was granted the power to enter a Judgment on any award resulting from an arbitration between the parties.

7. On or about October 20, 2009, a number of disputes arose between the parties which were subject to the arbitration provisions in the Agreement.

8. Pursuant to the arbitration provisions in the Agreement, the parties submitted their disputes to Michael Roberts (the "Arbitrator"), who acted as the arbitrator of this matter and who had previously acted as an arbitrator in a prior series of disputes between the parties.

9. The Arbitrator held hearings on January 5 and 6, 2010 and heard evidence, with both parties attending and, based on all the evidence, the Arbitrator made an award in writing, a true and correct copy of which is attached hereto as Exhibit "B" (the "Final Award").  The Final Award was issued by the Arbitrator on March 30, 2010.

10. Respondent has not satisfied the Final Award.  Therefore, a Judgment on the Final Award is needed to permit Petitioner to enforce it.

11. This Petition is authorized by the terms of the arbitration provisions in the Agreement, Section 9 of the Federal Arbitration Act, and the Final Award itself.

12. This Petition is timely because it was filed within one (1) year after the Final Award was made in this matter.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

*** AMENDED PETITION TO CONFIRM ARBITRATION AWARD ***

<u>Prayer for Relief</u>

Petitioner prays that:

A. The Court issue an Order confirming the Final Award of the Arbitrator, as authorized by Section 9 of the Federal Arbitration Act;

B. The Court enter a Judgment that conforms to the Final Award of the Arbitrator;

C. Petitioner be awarded its costs and disbursements in this proceeding and in collecting on the Judgment;

D. Petitioner be awarded its reasonable attorney's fees in this proceeding and in collecting on the Judgment pursuant to the Final Award and Illinois law (due to the selection of Illinois law in the choice of law provision in the Agreement);

E. For interest on all sums due from the date of entry of Judgment until paid in full, at 9% per annum pursuant to the terms of the Final Award and Illinois law (due to the selection of Illinois law in the choice of law provision in the Agreement);

F. For such other and further relief as the Court deems just and proper.

Dated: June 7, 2010

Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: _____/s/_____
Kurt F. Vote
Attorneys for Petitioner
KIM-C1, LLC, a California
limited liability company

1572156.v1