IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM-C1, LLC, | ) | 1:10-cv-591  AWI DLB |
| | ) | |
| Petitioner, | ) | ORDER RESETTING |
| v. | ) | HEARING ON MOTION TO |
| | ) | CONFIRM ARBITRATION |
| VALENT BIOSCIENCES | ) | AWARD AND MOTION TO |
| CORPORATION, | ) | VACATE ARBITRATION |
| | ) | AWARD TO AUGUST 9, 2010 |
| Respondent. | ) | |

Currently set for hearing and decision on July 26, 2010, are Petitioner's motion to confirm arbitration award and Respondent's motion to vacate arbitration award. After reviewing the moving papers and the Court's schedule, the Court concludes that it is necessary to move the hearing on these matters.

Therefore, IT IS HEREBY ORDERED that:

1. The July 26, 2010, hearing on Petitioner's motion to confirm arbitration award and Respondent's motion to vacate arbitration award is VACATED;

2. The hearing on these matters is RESET to August 9, 2010, at 1:30 p.m. in Courtroom 2; and

3. The parties may, but are not required, to file sur-replies on or by 3:00 p.m. on August 2, 2010.

IT IS SO ORDERED.

Dated:   July 20, 2010

CHIEF UNITED STATES DISTRICT JUDGE