IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KIM-C1, LLC,** | ) | 1:10-cv-591 AWI DLB |
| | ) | |
| Petitioner, | ) | **ORDER VACATING AUGUST** |
| v. | ) | **9, 2010, HEARING DATE** |
| | ) | |
| **VALENT BIOSCIENCES** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Currently set for hearing and decision on August 9, 2010, are Petitioner's motion to confirm arbitration award and Respondent's motion to vacate arbitration award. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 9, 2010, is VACATED, and the parties shall not appear at that time. As of August 9, 2010, the Court will take the parties' respective motions under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 3, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE