IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KIM-C1, LLC,** | ) | 1:10-cv-591  AWI DLB |
| | ) | |
| Petitioner, | ) | **ORDER PERMITTING** |
| v. | ) | **RESPONSE TO SUR-REPLY** |
| | ) | |
| **VALENT BIOSCIENCES CORPORATION,** | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court permitted the filing of sur-replies as part of an order that moved the hearing on respective motions to confirm and vacate arbitration.  <u>See</u> Court's Docket Doc. No. 45.  Petitioner filed a sur-reply, but Respondent did not.  On August 3, 2010, Respondent objected to Petitioner's sur-reply and argued that Petitioner switched positions, made new arguments, and misstated the holdings of cited cases.

The Court will not strike Petitioner's sur-reply.  Instead, Respondent may file a response to the sur-reply.  The Court does not foresee any further briefing by either party.

Accordingly, IT IS HEREBY ORDERED that Respondent may file a response to Petitioner's sur-reply on or by 3:00 p.m. on August 20, 2010, but the response to the sur-reply may not exceed 15 total pages.

IT IS SO ORDERED.

Dated:   August 13, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE