(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| KIM-C1, LLC, a California limited liability company,<br><br>            Petitioner,<br><br>v.<br><br>VALENT BIOSCIENCES CORPORATION, INC., an Illinois corporation,<br><br>            Respondent. | Case No.  1:10-CV-591 AWI DLB<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

The Scheduling Conference in this matter is currently set for September 21, 2010. The parties are currently waiting on The Honorable Anthony W. Ishii's Orders on the parties' respective Motions to Confirm and Vacate Arbitration Award. Accordingly, the Court concludes that it is necessary to move the Scheduling Conference on this matter.

Therefore, IT IS HEREBY ORDERED that:

1. The September 21, 2010 Scheduling Conference is VACATED; and

2. The Scheduling Conference on this matter is RESET to November 17, 2010 at 9:15 a.m. in Courtroom 9.

Dated:   **September 14, 2010**           /s/ *Dennis L. Beck*
                                                                     UNITED STATES MAGISTRATE JUDGE