UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KIM-C1, LLC,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>VALENT BIOSCIENCES CORPORATION,<br><br>　　　　　Respondent. | CASE No. 1:10-CV-591-AWI DLB<br><br>**ORDER EXONERATING BOND AND SURETY**<br><br>Judge:　Hon. Anthony W. Ishii |

**WHEREAS** a final judgment was entered herein on November 22, 2010.

**WHEREAS** a Supersedeas Bond [Fed R Civ P Rule 62(d); ED CA Rule 151 (3)] issued by surety International Fidelity Insurance Company, Bond No. 0545653, was posted on behalf of and for the benefit of Respondent, VALENT BIOSCIENCES CORPORATION on February 11, 2011, in the sum of $650,000.00 in conjunction with Respondent's appeal to the United States Court of Appeal for Ninth Circuit from the final judgment.

**WHEREAS** Petitioner KIM-C1, LLC has acknowledged that the judgment entered herein on November 22, 2010, has been satisfied in full and has requested the court release Bond No. 0545653 in the sum of $650,000.00 posted on February 11, 2011.

**THEREFORE THE COURT FINDS** that the judgment entered herein on November 22, 2010, has been satisfied in full.

ORDER EXONERATING BOND AND SURETY

1  **IT IS HEREBY ORDERED** that the bond issued by surety International Fidelity
2  Insurance Company, Bond No. 0545653, and posted on February 11, 2011, in the sum of
3  $650,000.00 and the compensated surety, International Fidelity Insurance Company, are
4  exonerated and discharged from further liability forthwith.

6  IT IS SO ORDERED.

7  Dated:   October 26, 2011                        _____
8                                                   CHIEF UNITED STATES DISTRICT JUDGE